■ In the Matter of the Arbitration between MARYLAND CASUALTY COMPANY, Appellant, and ERNEST GRAVITT et al., Respondents.— Judgment, Supreme

Court, New York County, entered on September 29, 1970, which denied an application for a stay of arbitration sought pursuant to an uninsured motorist's indorsement to a policy of automobile liability insurance, unanimously reversed, on the law and the facts, without costs and without disbursements, the stay granted, the judgment vacated, and the matter remanded for a hearing on the question of insurance coverage. The motion was timely (*Matter of Knickerbocker Ins. Co. [Gilbert]*, 28 N Y 2d 57), and there is some evidence that insurance coverage may have existed on the offending vehicle at the time of the accident. Concur — Stevens, P. J., McGivern, Kupferman, McNally and Steuer, JJ.